COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA,    :

             Plaintiff,    :    **STIPULATION**

            v.    :    07 Civ. 8594 (JGK) (MHD)
AGNES F. NOLAN, in her personal
capacity, and AGNES F. NOLAN, as    :    <u>ECF Case</u>
personal representative for the estate of
RICHARD E. NOLAN, deceased,    :

            Defendants.  :

-------------------------------------------------X

*[Stamp: RECEIVED APR 0 3 2008 CHAMBERS OF JUDGE JOHN G. KOELTL]*

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4-4-08]*

**STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

        Subject to the approval of the Court, the parties hereby stipulate and agree that

defendants may have until April 30, 2008, to answer or otherwise respond to the Complaint filed

herein.

Dated: April _____, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                    By: SERRIN TURNER
                         Assistant United States Attorney
                         86 Chambers Street, 3rd Floor
                         New York, New York 10007
                         Telephone: (212) 637-2701
                         Facsimile: (212) 637-2686
                         Attorney for Plaintiff

*NY 238,738,041v1 4/2/2008*

Barbara T. Kaplan (BK-9276)
David Bunning (DB-6401)
Greenberg Traurig, LLP
200 Park Avenue, 38th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Attorneys for Defendants

**SO ORDERED**

Dated: New York, New York
    April 3, 2008

John G. Koeltl
United States District Judge