*Kooth J*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

UNITED STATES OF AMERICA,              :

                           Plaintiff,   :   **STIPULATION**

                      v.             :   07 Civ. 8594 (JGK) (MHD)

AGNES F. NOLAN, in her personal
capacity, and AGNES F. NOLAN, as       :   ECF Case
personal representative for the estate of
RICHARD E. NOLAN, deceased,            :

                     Defendants.  :

------------------------------------------------------X

### STIPULATION TO EXTEND TIME TO
### ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Subject to the approval of the Court, the parties hereby stipulate and agree that defendants may have until April 30, 2008, to answer or otherwise respond to the Complaint filed herein.

Dated: April __, 2008

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York

                                By: SERRIN TURNER
                                 Assistant United States Attorney
                                 86 Chambers Street, 3rd Floor
                                 New York, New York 10007
                                 Telephone: (212) 637-2701
                                 Facsimile: (212) 637-2686
                                 Attorney for Plaintiff

 

_____
Barbara T. Kaplan (BK-9276)
David Bunning (DB-6401)
Greenberg Traurig, LLP
200 Park Avenue, 38th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Attorneys for Defendants

**SO ORDERED**

Dated: New York, New York
April 9, 2008

_____
John G. Koeltl
United States District Judge