UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 07 Civ. 8594 (JGK) (MHD) |
| v. | : | ECF Case |
| AGNES F. NOLAN, in her personal capacity, and AGNES F. NOLAN, as personal representative for the estate of RICHARD E. NOLAN, deceased, | : | **NOTICE OF MOTION OF DEFENDANTS** |
| Defendants. | : | |

------------------------------------------------------X

**NOTICE OF MOTION OF DEFENDANTS**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the declaration of David Bunning, and the exhibits annexed thereto, and upon all prior pleadings and proceedings in this action, defendants Agnes F. Nolan, in her personal capacity, and Agnes F. Nolan, as personal representative for the estate of Richard E. Nolan, deceased, will move this Court before the Honorable John G. Koeltl at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rules 4(m) and 12(b)(5) of the Federal Rules of Civil Procedure, the Federal Rules of Civil Procedure, and the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, dismissing

NY 238,755,786v1 4/18/2008

the action on the ground that defendants were served more than 120 days after the action was commenced.

Dated: New York, New York
       April 29, 2008

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: /s/ Barbara T. Kaplan
Barbara T. Kaplan (BK-9276)
David Bunning (DB-6401)
Greenberg Traurig, LLP
200 Park Avenue, 38th Floor
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Attorneys for Defendants

TO:   Michael J. Garcia
      United States Attorney for the
      Southern District of New York
      Serrin Turner (ST-0646)
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2701
      Facsimile: (212) 637-2686
      Attorneys for Plaintiff