Ex. B



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

February 26, 2008

**BY CERTIFIED MAIL**
Agnes Nolan
271 Central Park West, Apt. 12W
New York, New York 10024

      Re:    *United States v. Nolan*, 07 Civ. 8594 (JGK)

Dear Ms. Nolan:

      As you are aware, the United States has commenced a lawsuit against you. A copy of the complaint is included with this letter. It has been filed in the United States District Court for the Southern District of New York and has been assigned docket number 07 Civ. 8594 (JGK). The complaint was formally served upon you on February 26, 2008, through delivery of a copy of the complaint to your residence, where it was left with the attending doorman.

      Please note that an initial status conference has been scheduled in the case for **March 4, 2008, at 4:30 p.m.** before the Honorable John G. Koetl, whose courtroom is located in Courtroom 12B at 500 Pearl Street, New York, New York. Please make sure that you or your attorney are in attendance.

      Sincerely,

      MICHAEL J. GARCIA
      United States Attorney for the
      Southern District of New York

By: _____
      SERRIN TURNER
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, NY 10007
      Tel. No. (212) 637-2701
      Fax No. (212) 637-2686