UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    07 Civ. 8594 (JGK) (MHD) |
| | : |
| AGNES F. NOLAN, in her personal capacity, and | :    ECF CASE |
| AGNES F. NOLAN, as personal representative for | : |
| the estate of RICHARD E. NOLAN, deceased, | : |
| | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the Memorandum of Law in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Motion to Extend the Time for Service *Nunc Pro Tunc*, and the accompanying Declaration of Serrin Turner, the United States of America ("the Government"), by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, will move this Court for an extension of the time for service *nunc pro tunc* until February 27, 2008, pursuant to Federal Rule of Civil Procedure 4(m).

Dated: New York, New York
       May 22, 2008

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Plaintiff

                            By:      */s/ Serrin Turner*
                                    SERRIN TURNER
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York 10007
                                    Telephone: (212) 637-2701
                                    Facsimile: (212) 637-2686
                                    Email: serrin.turner@usdoj.gov