

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*
*(212) 637-2800*

February 21, 2008

**BY E-MAIL**
Barbara Poris
Capital Process Servers
265 Post Avenue, Suite 150
Westbury, New York 11590

      Re:    *U.S. v. Agnes F. Nolan*, 07 Civ. 8594

Dear Mr. Poris:

    Attached is a pdf file containing a Complaint and supporting papers to be served on the defendant in the above-captioned matter. The service list is shown below:

        Agnes Nolan
        271 Central Park West, Apt. 12W
        New York, NY 10024

    I request that you complete service no later than February 22, 2008. Please make at least three attempts at personal service. After you have served the papers, please forward a valid certificate of service to me as soon as possible. Any alterations will invalidate the certificate of service and will possibly require that the process be started over again.

    If you have any questions, please do not hesitate to contact me.

                    Sincerely,

                    MICHAEL J. GARCIA
                    United States Attorney

                    By:_____
                    SERRIN TURNER
                    Assistant United States Attorney
                    Tel: (212) 637-2701
                    Fax: (212) 637-2686

Encl.