**AFFIDAVIT OF SERVICE**

Index #: **07 CIV 8594**
Date Purchased: **October 3, 2007**
Date Filed: _____
Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**
**COUNTY**
ATTORNEY(S): Serrin Turner AUSA : U.S. Attorney's Office - SDNY    PH: 212-637-2701
ADDRESS: 86 Chambers Street  New York N.Y. 10007    File No.:

*UNITED STATES OF AMERICA,*
                                                                                                   *Plaintiff(s)/Petitioner(s)*
vs.
*AGNES F. NOLAN, in her personal capacity, and AGNES F. NOLAN, as personal representative for the estate of RICHARD E. NOLAN, deceased,*
                                                                                                   *Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU    SS.:

_____HARRY TORRES_____ , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On    February 26, 2008    at    1:38 PM
at    271 CENTRAL PARK WEST APT 12W  NEW YORK, NY 10024    , deponent served the within

**Summons In A Civil Case and Complaint, Civil Cover Sheet, Judge's Rules, Consent To Proceed Before United States Magistrate Judge, and Electronic Case Filing Instructions**

with Index Number    07 CIV 8594    , and Date Purchased    October 3, 2007    endorsed thereon,
on: **AGNES F. NOLAN** ,    **Defendant**    therein named.

#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.
[ ]

#2 CORPORATION    By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.
[ ]

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON    By delivering a true copy of each to    **ELIAS SEPULVEDA - CONCIERGE**    a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.
[X]

#4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is recipient's:    [ ] actual place of business
[ ]    [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY    On    February 27, 2008    , deponent completed service under the last two sections by depositing a copy of the
[X]    _____ABOVE DOCUMENTS_____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

#6 NON-SRVC    After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address    [ ] Evading    [ ] Moved left no forwarding
[ ]    [ ] Address does not exist    [ ] Other: _____

#7 DESCRIPTION    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[X]    Sex  **Male**    Color of skin  **White**    Color of hair  **Black**    Age  **51 - 65 Yrs.**    Height  **5' 4" - 5' 8"**
(use with #1, 2 or 3) Weight  **161 - 200 Lbs.**    Other Features:  **Balding/Mustache/Accent**

#8 WIT. FEES    the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.
[ ]

#9 MILITARYSRVC    Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the
[X]    State of New York and was informed that defendant was not.

#10 OTHER    The concierge called Ms. Nolan's apartment from downstairs. She advised him not to let me up at which time I left the
[X]    papers with him.

Sworn to before me on this    21    day of    May, 2008

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic.# 0915257
Invoice•Work Order # 0807338

*Capital Process Servers, Inc. 265 Post Avenue Suite 150, Westbury, NY 11590 - Tel 516-333-6380 • Fax 516-333-6382*