AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Agnes F. Nolan, et al.

APPEARANCE

Case Number: 07 Civ 8594 (JFK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Agnes F. Nolan, in her personal capacity, and Agnes F. Nolan as personal representative for the estate of Richard E. Nolan, deceased.

I certify that I am admitted to practice in this court.

| May 22, 2008 | _(signature)_ |
|---|---|
| Date | Signature |
| | David Bunning / DB-6401 |
| | Print Name / Bar Number |
| | c/o Greenberg Traurig LLP, 200 Park Ave, 38th Fl |
| | Address |
| | New York, NY 10166 |
| | City / State / Zip Code |
| | (212) 801-9318 / (212) 805-9318 |
| | Phone Number / Fax Number |