**EX. A**

**Hospital for Special Surgery**
**Joint Mobility Center**
**Exercise Wellness Program**

Client Name __NOLAN__ __Agnes__ CLASS PASS 2007
                Last              First

__1/15/08__ Paid for  8 visits  (**16 visits**)  Amount $__200__  Method __Check__
Date                  (circle one)

Valid from __1/22/08__ to end date __3/25/08__ (10 weeks)

CLIENT MUST DATE AND INITIAL SHEET PRIOR TO EACH SESSION:

| # | Date | Initials | # | Date | Initials |
|---|------|----------|---|------|----------|
| 1. | 01-17-08 | AN | 9. | 02-21-08 | AN |
| 2. | 1-22-08 | AN | 10. | 2-26-08 | AN |
| 3. | 01-24-08 | AN | 11. | 2-28-08 | AN |
| 4. | 1-29-08 | AN | 12. | 3-4-08 | AN |
| 5. | 2-5-08 | AN | 13. | 3-6-08 | AN |
| 6. | 2-07-08 | AN | 14. | 3-11-08 | AN |
| 7. | 2-12-08 | AN | 15. | 3-18-08 | AN |
| 8. | 2-14-08 | AN | 16. | 3-20-08 | AN |

♡

I will be out of town
Thursday 1/31