UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
UNITED STATES,

                Plaintiffs,

   - against -

AGNES F. NOLAN,

                Defendants.
---------------------------------------

07 Civ. 8594 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As stated on the record at the conference held on July 8, 2008, the defendants' motion to dismiss is **denied**. The Government's motion for an extension of time to serve the Summons and Complaint is **granted**. The Summons and Complaint were therefore timely served.

SO ORDERED.

Dated: New York, New York
       July 8, 2008

                                      John G. Koeltl
                             United States District Judge