```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES,                      :
                                    :
                Plaintiff,          :
                                    :           ORDER
        -against-                   :
                                    :   07 Civ. 8594 (JGK)(MHD)
AGNES F. NOLAN, et al.,             :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

2/4/09

It is hereby **ORDERED** that the conference scheduled in the above-captioned action for THURSDAY, FEBRUARY 19, 2009 at 10:00 AM has been rescheduled for **THURSDAY, MARCH 19, 2009** at **10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

```
DATED:  New York, New York
        February 4, 2009
```

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent by facsimile this date to:

Tara LaMorte, Esq.
Serrin Andrew Turner, Esq.
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

Barbara Toby Kaplan, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

David Hugh Ostwald, Esq.
Schechter & Brucker, PC
350 Fifth Avenue
Suite 4510
New York, NY 10118